IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

JOSH MOREING,

                Plaintiff,

        v.

NEW HORIZONS,

                Defendant.

Case No. 1:24-cv-01169-CL

**OPINION AND ORDER**

**CLARKE**, Magistrate Judge.

Plaintiff Josh Moreing, self-represented litigant, sought to proceed *in forma pauperis* ("IFP") in this action against Defendant New Horizons. Compl. (#1). After screening the Complaint in accordance with 28 U.S.C. § 1915(e)(2)(B), the Court dismissed the Complaint on July 25, 2024, for failure to state a claim. Opinion and Order (#5). Plaintiff was given leave to file an amended complaint within thirty days while his IFP Application (#2) was held in abeyance. More than 30 days have passed since the Court's Order, and Plaintiff has not filed an amended complaint. Therefore, this case is administratively closed for lack of prosecution.

IT IS SO ORDERED and DATED this _3_ day of _September_, 2024.

                                  MARK D. CLARKE
                                  United States Magistrate Judge